No. 6,432. — STATE, RESPONDENT, *v.* PRICE GREENUP, APPELLANT.

Decided March 20, 1929.

PER CURIAM.—The attorney general's motion to dismiss the appeal herein for the reason that while the transcript on appeal was filed on October 23, 1928, no brief has been filed by appellant, contrary to Rule X of this court, is sustained and the appeal is ordered dismissed.

*Mr. Harry H. Parsons* and *Mr. J. D. Taylor,* for Appellant.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.

No. 6,467.—STATE, RESPONDENT, *v.* ELMER LUNDMARK, APPELLANT.

Decided March 26, 1929.

PER CURIAM.—On motion of the attorney general the appeal in the above-entitled cause is dismissed for the reason that the transcript was not filed in this court within the time allowed by section 12116, Revised Codes of 1921.

*Mr. J. B. C. Knight* and *Mr. Roy Michaud,* for Appellant.

*Mr. L. A. Foot,* Attorney General, and *Mr. S. R. Foot,* Assistant Attorney General, for the State.